**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

RANDY PALMER, *et al.*                                                          PLAINTIFFS

v.                                       No. 4:11CV00476 JLH

BHP BILLITON PETROLEUM
(ARKANSAS), INC., *et al.*                                                DEFENDANTS

**ORDER**

Pursuant to the Notice of Withdrawal of Counsel of Record filed on August 17, 2011, John F. Peiserich and Kimberly Logue of the Perkins & Trotter law firm are hereby withdrawn as counsel of record for defendant Clarita Operating, LLC.  Darrell W. Downs of the Taylor, Burrage, Foster, Mallett, Downs, Ramsey & Russell law firm will continue as counsel of record for defendant Clarita Operating, LLC.

IT IS SO ORDERED this 24th day of August, 2011.

                                             _____
                                             J. LEON HOLMES
                                             UNITED STATES DISTRICT JUDGE