**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

| | |
|---|---|
| STEPHEN HEARN, on behalf of himself and all others similarly situated; JESSE and SUSAN FREY, on behalf of themselves and all others similarly situated; RANDY and JOYCE PALMER, on behalf of themselves and all others similarly situated; and SAM and APRIL LANE, on behalf of themselves and all others similarly situated | PLAINTIFFS |

v.   NO. 4:11CV00474 JLH (LEAD)
     NO. 4:11CV00475 JLH
     NO. 4:11CV00476 JLH
     NO. 4:11CV00477 JLH

| | |
|---|---|
| BHP BILLITON PETROLEUM (ARKANSAS), INC.; BHP BILLITON PETROLEUM (FAYETTEVILLE) LLC; CHESAPEAKE OPERATING, INC.; and CLARITA OPERATING, LLC | DEFENDANTS |

## ORDER

The plaintiffs have filed motions for consolidation and appointment of interim class counsel in each of the above-numbered cases. Each of the motions is granted. Pursuant to Federal Rule of Civil Procedure 42(a), the above-numbered cases are hereby consolidated. All pleadings, motions, and other documents will be filed in No. 4:11CV00474-JLH, using the style shown above. Emerson Poynter LLP and Wyly-Rommel PLLC are hereby appointed as interim class counsel pursuant to Federal Rule of Civil Procedure 23(g)(3). The Clerk is directed to terminate administratively case Nos. 4:11CV00475, 4:11CV00476, and 4:11CV00477.

IT IS SO ORDERED this 31st day of August, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE